**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

FRONTRUNNER HC, INC.,

Plaintiff,

v.

DEAN PALUCH, JORDAN LEVITT, ANTHONY ALTIERI,

Defendants.

C.A. No. 1:20cv10230 (DJC)

**DEFENDANTS DEAN PALUCH AND JORDAN LEVITT'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO FRONTRUNNER HC, INC.'S MOTION FOR CONTEMPT AND TO RE-OPEN DISCOVERY**

Defendants Dean Paluch and Jordan Levitt ("Moving Defendants") hereby move this Court for an extension of the time in which to file an opposition to Plaintiff FrontRunner HC, Inc.'s Motion for Contempt and to Re-Open Discovery (the "Motion"). Moving Defendants request the Court enlarge the time to respond to the Motion until July 30, 2025, which date is fourteen (14) days from the current response date of July 16, 2025. In support of this request, the Moving Defendants state as follows:

1. Due to the number of issues raised in Plaintiff's Motion, counsel for Moving Defendants requires additional time to respond. *Pro Hac Vice* counsel are new to the matter and are working to familiarize themselves with the history of the parties' dispute.
2. Counsel for the parties have conferred and FrontRunner has assented to Defendants' request for an additional fourteen (14) days to file their opposition to the Motion.
3. Given Plaintiff's assent, the Court's granting of Moving Defendants' request will not result in prejudice in any parties to this action.

4. This is the first such request for enlargement by Moving Defendants in several years, as this case has been closed since February of 2021.

WHEREFORE, Defendants Dean Paluch and Jordan Levitt respectfully request that this honorable Court allow their motion to extend the deadline to file an opposition to Plaintiff's Motion for Contempt and to Re-Open Discovery, until July 30, 2025.

Dated: July 14, 2025.

Respectfully submitted,

**DEAN PALUCH and JORDAN LEVITT,**
By their attorneys,

*/s/ Elliott Joffe*________________
Scott Baron (*admitted pro hac vice*)
Elliott Joffe (*admitted pro hac vice*)
BARON SAMSON LLP
330 Passaic Avenue, Suite 105
Fairfield, New Jersey 07004
(973) 244-0030
sbaron@baronsamson.com
ejoffe@baronsamson.com

*/s/ Taylor P. Lovejoy* ______________
Christopher J. Marino | BBO# 655007
Taylor P. Lovejoy | BBO# 705586
One Boston Place, 37th Floor
Boston, MA 02108
Telephone: 617-367-2500
cmarino@davismalm.com
tlovejoy@davismalm.com

Assented to by:

**FRONTRUNNER HC, INC.**,
By its counsel,

*/s/ Dashiell Davis* (TPL w/permission)_____
Breton Leone-Quick (BBO #655571)
Dashiell Davis (BBO #707089)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center

Boston, MA 02111
(617) 348-4832
BLeone-Quick@mintz.com
DDavis@mintz.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I hereby certify that on July 10, 2025, I conferred with Plaintiff's counsel on the issue(s) raised in the above document. Plaintiff's counsel informed me following that conversation that Plaintiff would assent to a 14-day extension of the time to respond to Plaintiff's Motion for Contempt and to Re-Open Discovery.

*/s/ Taylor P. Lovejoy*________
Taylor P. Lovejoy

**CERTIFICATE OF SERVICE**

I, Taylor P. Lovejoy, hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the CM/ECF system and paper copies will be sent to those indicated as non-registered participants on July 14, 2025.

*/s/ Taylor P. Lovejoy*________________
Taylor P. Lovejoy Esq. | BBO# 705586