**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRONTRUNNER HC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DEAN PALUCH, JORDAN LEVITT, ANTHONY ALTIERI,<br><br>Defendants. | C.A. No. 1:20cv10230 (DJC) |

**MEMORANDUM OF DEFENDANTS DEAN PALUCH AND JORDAN LEVITT IN OPPOSITION TO FRONTRUNNER HC, INC.'S MOTION FOR LEAVE TO FILE A REPLY**

Plaintiff's proposed reply seeks (in vain) to correct two deficiencies in its original motion papers: (1) the failure to address evidence submitted to this Court in 2020 (to wit, the Payor Logic agreement relied upon extensively in Mr. Paluch's and Mr. Levitt's opposition) and (2) to provide evidentiary support (however insufficient) that should clearly have been a part of Plaintiff's original moving papers. Plaintiff seeks to supply this additional evidence omitted from its moving papers after Mr. Paluch and Mr. Levitt pointed out the holes in its argument and without affording any of the Defendants an opportunity to respond to any of this evidence. Notably, Plaintiff in its proposed reply offers no new legal argument to accompany its additional evidence but reiterates those points made in its original motion papers.

This is improper and should not be permitted. In the event that this Court, nevertheless, chooses to grant leave to Plaintiff to file its reply, Defendants formally request the opportunity to respond to any new evidence and arguments related to same.

For all of the foregoing reasons, Defendants Dean Paluch and Jordan Levitt respectfully submit that this Court should deny the motion for leave to file a reply.

Dated: August 13, 2025

Respectfully submitted,

**DEAN PALUCH and JORDAN LEVITT,**
By their attorneys,

*/s/ Elliott Joffe*
Scott Baron (*admitted pro hac vice*)
Elliott Joffe (*admitted pro hac vice*)
BARON SAMSON LLP
330 Passaic Avenue, Suite 105
Fairfield, New Jersey 07004
(973) 244-0030
sbaron@baronsamson.com
ejoffe@baronsamson.com

*/s/ Taylor P. Lovejoy*
Christopher J. Marino | BBO# 655007
Taylor P. Lovejoy | BBO# 705586
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
Telephone: 617-367-2500
cmarino@davismalm.com
tlovejoy@davismalm.com